UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson, | Civ. File No. 02-1138 (PAM/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| Bill Clark Oil Co., Inc., et al., | |
| Defendants. | |

Pursuant to the Court's September 29, 2005, Order, Plaintiffs have calculated the amount of pre-judgment interest due on the award of damages. (See Clerk Doc. No. 265.) Accordingly, the Court **AMENDS** the Order of September 29, 2005, by further awarding the following Defendants $1,146.70, in prejudgment interest: Bob Clemons d/b/a Wonder Lube; Bill Clark Oil Co.; Royal Lube and Service, Inc.; 13 North Express Lube, Inc.; Spots Quick Lube; White Bear Tire & Auto, Inc.; and Defendant Ultra-Lube, Inc. The Court further **ORDERS** the Clerk to amend the judgment accordingly.

Dated: October 25, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge